UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULISES MEDELL FLEITES, Petitioner, v. CHRISTOPHER LAROSE, et al., Respondents. | Case No.: 3:26-cv-4537-CAB-JAC **ORDER GRANTING A WRIT OF HABEAS CORPUS** |

Before the Court is Petitioner Ulises Medell Fleites's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 7.] Petitioner is a Cuban citizen whom the Department of Homeland Security paroled into the United States on November 18, 2024 pursuant to INA § 212(d)(5)(A). [*Id.* at 2, 4.] On June 24, 2026, U.S. Customs and Border Protection officials re-detained Petitioner without notice. [*Id.* at 2, 5.] Petitioner claims his re-detention without notice violates the Fifth Amendment. [*Id.* at 5–6.]

Respondents acknowledge that "Petitioner was previously released from immigration custody on parole[.]" [Doc. No. 9 at 2.] Respondents state that they have "insufficient information regarding termination of that parole" and "do[] not oppose the petition[.]" [*Id.* at 2–3.] The Court finds that Respondents violated Petitioner's Fifth Amendment right to due process by re-detaining him without notice and an individualized

hearing. *See, e.g.*, *Prieto-Cordova v. Larose*, No. 3:25-cv-2824-CAB-DDL, 2025 WL 3228953 (S.D. Cal. Nov. 19, 2025).

The Court therefore **GRANTS** a writ of habeas corpus based on the reasoning the Court has articulated in similar cases. *E.g.*, *Tokhi v. LaRose, et al.*, Case No. 3:26-cv-0803-CAB-VET (S.D. Cal. Feb 19, 2026). Respondents are **ORDERED** to immediately release Petitioner under the same conditions of release that existed immediately prior to his most recent re-detention.

The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: August 25, 2026

Hon. Cathy Ann Bencivengo
United States District Judge